■ In the Matter of the COMMUNIST PARTY OF THE UNITED STATES OF AMERICA et al., Petitioners, against BOARD OF REGENTS OF THE STATE OF NEW YORK, Respondent.— Motion to dismiss proceeding under article 78 of the Civil Practice Act. Motion granted, on consent. Present — Foster, P. J., Bergan, Coon, Halpern and Gilbson, JJ.

■ PAUL E. PHELPS, Plaintiff, v. RUTH E. PHELPS, Defendant.— Application for a stay on a decision amending an original decree of divorce in regard to the custody of children. Stay granted upon condition that appellant prepare his record on appeal and be ready for argument at the May, 1957 Term of this court. In default thereof, the respondent may move before this court to have the stay vacated. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.